UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
KNOXVILLE

**To:** Michelle Owens

**Case No.:** 3:18-cv-411

### General

| |
|---|
| No payment submitted. |
| Amount due: |
| Attorney not registered for CM/ECF |
| |

### Complaints

| | |
|---|---|
| Cover sheet not included | ✓ |
| Summons not completed or filled out improperly | |
| Incorrect party name added | |
| Incorrect party role | |
| Incomplete name | |
| Name in all caps | |
| Address information should not have been entered | |
| Incorrect cause of action chosen | |
| Incorrect nature of suit chosen | |
| Wrong division chosen | |

### Other filings -- Doc. No.:

| |
|---|
| Filed in wrong case |
| Wrong event used |
| s/signature missing |
| Original signature not in compliance with ECF Rule 6 |
| Multi-part motion not selected |
| Attachment should be filed separately |
| Blank pages |
| Page orientation wrong |
| Discovery documents improperly filed (See FRCP 5(d)) |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) |
| Copyright/Patent form not filed (See LR 3.1.1) |
| Other: |

**Action to be taken:** Please file a Civil Cover Sheet using the "Supplement" event.

Informational only: ☐