# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| John Doe | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. Jury Demanded |
| Ross University School of Medicine | ) | |
| ADTLEM Corporation | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ross University School of Medicine
ADTLEM Corporation
500 W. Monroe
Chicago, IL 60661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Doe
Michelle Owens, Attorney for Plaintiff
2911 Elm Hill Pike, Suite 2
Nashville, TN 37214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                            _____
                                                 *Signature of Clerk or Deputy Clerk*