IN THE UNITED STATES DISTRICT COURT OF TENNESSEE,
EASTERN DISTRICT

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 3:18-cv-00411 |
| ) | Jury Demanded, |
| vs. ) | |
| ) | |
| ROSS UNIVERSITY ) | |
| SCHOOL OF MEDICINE; ) | |
| ADTLEM CORPORATION, ) | |
| ) | |
| Defendants ) | |

**JOHN DOE'S MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Jane Doe moves this Court for leave to file its Exhibit #1: **Exhibit University Security Officer Report**, to Complaint under Federal Rule of Evidence 702 and Federal Rules of Civil Procedure 26 and 37 under seal pursuant to Fed. R. Civ. P. 5.2(d) and Administrative Order No. 167, Section 5.07. In support of this motion, Plaintiff states as follows:

1. Exhibit #1 to Complaint contains documents from a University Security Investigation Report that contains information on Plaintiff and other students that is protected under The Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g; 34 CFR Part 99.

2. Under FERPA, a student has the right to control disclosure of their education record. An education record, as defined by FERPA, includes disciplinary records, grades and course

schedules. Exhibit #1 to the Complaint contains this information on Plaintiff and other students in Plaintiff's university.

3. Plaintiff therefore requests leave to file these documents, contained in Exhibit #1 to Complaint, under seal.

4. Redacted versions of Exhibit #1 of Complaint, without such information designated as protected, is being filed by Plaintiff in the normal process.

WHEREFORE, Plaintiff respectfully requests this Court grant its motion to file its Exhibit #1: Exhibit University Security Officer Report, to Complaint Under Federal Rule of Evidence 702 and Federal Rules of Civil Procedure 26 and 37 under seal.

<u>Dated:</u>  September 28, 2018                                  Respectfully Submitted,

                                                                                        */s/ Michelle Owens*

                                                                                        Michelle Owens
                                                                                        Agee Owens, LLC
                                                                                        2911 Elm Hill Pike, Suite 2
                                                                                        Nashville, TN 37214
                                                                                        615-300-8546
                                                                                        mowens@ageeowenslaw.com

# CERTIFICATE OF SERVICE

I certify that on September 28, 2018, the foregoing Complaint was served by the courts ECF filing system, U.S. Mail, or email on the following:

Leah Heinecke-Krumhus
Counsel for Ross University and Adtlem
500 W. Monroe
Chicago, IL 60661
leah.heinecke-krumhus@adtalem.com
Counsel for Defendant


*/s/ Michelle Owens*

_____

Michelle Owens