# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| JOHN DOE ) <br> *Plaintiff* ) <br> v. )    Case No.    3:18-cv-00411-CLC-DCP <br> ROSS UNIVERSITY SCHOOL OF MEDICINE, et al. ) <br> *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROSS UNIVERSITY SCHOOL OF MEDICINE and ADTALEM CORPORATION .

Date:    11/05/2018                                              /s/ Michael Malone

*Attorney's signature*

Michael Malone - 031219

*Printed name and bar number*

401 Commerce Street, Suite 900
Nashville, TN  37219

*Address*

mmalone@polsinelli.com

*E-mail address*

(615) 259-1510

*Telephone number*

(615) 259-1573

*FAX number*