UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

John Doe,

    Plaintiff,

v.

                                                  Case No. 3:18-cv-00411-CLC-DCP

Ross University School of Medicine, et al.,

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Defendants Ross University School of Medicine and Adtalem Corporation, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Illinois

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-1-18

_____
(Signature–hand signed)

Name: Bryan M. Westhoff
Firm: POLSINELLI PC
Address: 150 N. Riverside Plaza, Suite 3000
         Chicago, IL 60606
         (312) 819-1900
Email address: bwesthoff@polsinelli.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

\* \* \* INCLUDE CERTIFICATE(S) OF SERVICE \* \* \*