# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Bryan Michael Westhoff

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Bryan Michael Westhoff was duly admitted to practice in said Court on (03/13/2003) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/01/2018 )

Thomas G. Bruton , Clerk,

By: Laritza M. Arcos
Deputy Clerk