UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOHN DOE
   v.                                                  Case No. 3:18-CV-00411-CLC-DCP

ROSS UNVERSITY SCHOOL OF MEDICINE, and
ADTALEM CORPORATION

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendant Ross University School of Medicine, certify to the best of my knowledge and belief:

☐     My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☒     My client has the following parent corporation(s):
      Defendant Ross University School of Medicine is a wholly-owned subsidiary of Adtalem Global Education Inc. (Adtalem), a publicly traded company with no parent corporation.

☒     The following publicly held corporation(s) own 10% or more of my client's stock:
      BlackRock, Inc., a publicly traded company, has a 10.5% ownership interest in Adtalem.

                                                                /s/ Michael A. Malone
                                                                (Signature of Counsel)

                                                                November 5, 2018
                                                                (Date)