UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOHN DOE
  v.                                                Case No. 3:18-CV-00411-CLC-DCP

ROSS UNVERSITY SCHOOL OF MEDICINE, and
ADTALEM CORPORATION.

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendant Adtalem Corporation,

certify to the best of my knowledge and belief:

☐     My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☒     My client has the following parent corporation(s):
        Defendant Adtalem Corporation is a wholly-owned subsidiary of Adtalem Global Education Inc. (Adtalem), a publicly traded company with no parent corporation.

☒     The following publicly held corporation(s) own 10% or more of my client's stock:
        BlackRock, Inc., a publicly traded company, has a 10.5% ownership interest in Adtalem.

                                                      */s/ Michael A. Malone*
                                                      (Signature of Counsel)

                                                      November 5, 2018
                                                      (Date)