IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| John Doe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:18-cv-00411-CLC-DCP |
| v. ) | |
| ) | |
| Ross University School of Medicine; and ) | |
| Adtalem Corporation, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 12.1(a), Defendants Ross University School of Medicine and Adtalem Corporation (together, "Defendants") and Plaintiff John Doe ("Plaintiff") hereby agree and stipulate that Defendants' November 8, 2018 deadline to answer or otherwise respond to Plaintiff's Complaint shall be extended by 21 days. Accordingly, Defendants shall have up to and including November 29, 2018 to answer or otherwise respond to Plaintiff's Complaint.

Dated:  Respectfully submitted,

*/s/ Michael A. Malone*
Michael A. Malone (BPR # 31219)
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, TN 37219
Phone: (615) 259-1510
mmalone@polsinelli.com

*Attorneys for Defendants*

*/s/ Michelle Owens*
Michelle Owens (BPR # 26512)
Agee Owens LLC
2911 Elm Hill Pike, Suite 2
Nashville, TN 37214
Phone: (615) 300-8546
mowens@ageeowenslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record, namely:

Michelle Owens
Agee Owens LLC
2911 Elm Hill Pike, Suite 2
Nashville, TN 37214
mowens@ageeowenslaw.com

Dated this 5th day of November, 2018.

/s/ Michael A. Malone