Initial report from Campus Security

| Location of Incident: | | Date of Incident | | Time of Incident | | Date of Report | Time of Report |
|---|---|---|---|---|---|---|---|
| The Elements at Cedar Bluff, 9015 Ten Mile Road Knoxville, Tennessee 37923 | | Begin: | 3/19/2018 | Begin: | 2000 | 3/19/2018 | 2158 |
| Category of Incident | Sub-Category of Incident | | | Location/Department of Incident (Be Specific) | | | |
| Request for assistance | Potential Domestic Violence | | | Pellissippi Campus, parking lot G | | | |
| Reporting Officer | | Complainant | | Phone | | Employer of Complainant | |
| S/O Shawn Hughes, ID 114 | | | | 631-846-8900 | | Active Ross University Student | |

### VICTIM

| SEX | NAME | DOB | PHONE | HOME PHONE | ETHNICITY | ADDRESS |
|---|---|---|---|---|---|---|
|  | Victim not determined |  |  |  |  |  |

### OTHERS INVOLVED

| Name | Relationship to incident | Phone | Employer | Status |
|---|---|---|---|---|
|  | Initial Caller | 631-846-8900 | Ross Student | no on-campus arrests or citations appear to have been made |
|  | 2nd Party | unk | Ross Student | no on-campus arrests or citations appear to have been made |

### NOTIFICATIONS MADE

| Position | Name | Time | Others Notified | | Time Arrived | Time Cleared |
|---|---|---|---|---|---|---|
| President / Chief | Terry Bryan | 2044 | Fire | n/a | | |
| n/a | | | Police | Knoxville Police Department | unknown | 2137 |

At 8:32PM, I received a call (631-846-8900) on the guard cell phone from a person claiming to be a student at Ross Medical University. Party ONE, later identified by student ID as          ME/NA Male, approximately 20-30 years of age, stated he was in fear for his life. A girl was threatening him at his off-campus residence (later identified by KPD as the Elements at Cedar Bluff), and he was fleeing her in his car     asked if he could come here to campus, because she had gotten in her car and was following him.

I told him we would offer him shelter until the situation could be resolved, and then notified Terry BRYAN, President VPS.     arrived at approximately 8:40PM in a silver four door, followed closely by a female in a dark colored four door.

I approached    first, and asked him if he wanted any further contact from the female this evening; he replied no. I advised him to remain in his vehicle. I then approached the dark car (Pellissippi Building

1 Rear Parking Lot Ent camera) and made contact with Party TWO, a ME/NA female, approximately 19-25 years of age, later identified by student ID as

advised they had been in a relationship, and today had hit her, and threw her out of his apartment. She could not advise where she was hit, and I did not see any obvious signs of a struggle. When asked, she told me she did not have any weapons with her. I advised her to get back in her car, and remain there.

advised that he and had been in a relationship that had ended during 'Semester 1', but she had refused to move on, stalking him. She had come to his apartment, and had scratched him on his left arm around the elbow. Faint marks were observed.

Because this did not occur on campus, or on property in control of LMU/Ross, and due to the potential for this incident to be domestic violence related, after review by President BRYAN, the police responsible for the area surrounding campus were notified and requested. Time not recorded in guard cell phone internal log.

Knoxville Police Officer HANDERSON arrived approximately six minutes later. After being appraised of the situation, and speaking to both parties, he advised security was not needed at scene any longer, so I departed.

At 9:37PM, both parties and Officer HANDERSON drove away separately. I could not see where either person drove to, and because we do not have elevated camera privileges, could not review the system to further determine it. Also, during this time, there was a call for service by the cleaning staff that went unanswered because there wasn't enough staffing and I could not leave the two alone prior to the arrival of law enforcement.

END OF NARRATIVE

| Reporting Officer's Signature | Date | Supervisor, Volunteer Protective Services, LLC | Date |
|---|---|---|---|
| S/O Shane Hughes | 19 MARCH 2018 | Terry P. Bryan | March 20, 2018 |