IN THE UNITED STATES DISTRICT COURT OF TENNESSEE,
EASTERN DISTRICT

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:3:18-CV-00411-CLC-DCP |
| ) | Jury Demanded |
| vs. ) | |
| ) | |
| ROSS UNIVERSITY SCHOOL OF ) | |
| MEDICINE; ADTLEM CORPORATION ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

The Parties, by and through counsel, pursuant to Fed. R. Civ. P. 6(b), move this Court to extend the dates regarding Response and Reply to Defendant's Motion to Dismiss as follows:

Plaintiff's time to submit a Response to Defendants' Motion to Dismiss would be extended to December 31, 2018.

Defendants' time to submit a Reply to Plaintiff's Response would be extended to January 14, 2019.

In support, the Parties submit that the holidays and scheduling conflicts with depositions have necessitated additional time for Plaintiff's Response and Defendants' Reply.

Respectfully submitted this 20th day of December 2018.

        s/Michelle Owens
        **Michelle Owens, BPR # 026512**
        Agee Owens, LLC
        2911 Elm Hill Pike, Suite 2
        Nashville, TN 37214
        (615) 300-8546
        *Counsel for Plaintiff*

**Bryan M. Westhoff (*pro hac vice*)**
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
bwesthoff@polsinelli.com

**Caitlin J. Morgan (*pro hac vice*)**
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
cmorgan@polsinelli.com

**Michael A. Malone (BPR # 31219)**
Polsinelli PC
 401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
mmalone@polsinelli.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 20, 2018, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Bryan M. Westhoff (*pro hac vice*)
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
bwesthoff@polsinelli.com

Caitlin J. Morgan (*pro hac vice*)
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
cmorgan@polsinelli.com

Michael A. Malone (BPR # 31219)
Polsinelli PC
 401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
mmalone@polsinelli.com

*Counsel for Defendants*

                                                  **s/Michelle Owens**
                                                  Michelle Owens

IN THE UNITED STATES DISTRICT COURT OF TENNESEE,
EASTERN DISTRICT

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:3:18-CV-00411-CLC-DCP |
| ) | Jury Demanded |
| vs. ) | |
| ) | |
| ROSS UNIVERSITY SCHOOL OF ) | |
| MEDICINE; ADTLEM CORPORATION ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER TO EXTEND DEADLINES RELATIVE TO DEFENDANT'S MOTION TO DISMISS**

It appears to the Court, as evidenced by a review of the record and by the signature of counsel for the respective parties below, that the parties are in agreement that an extension of deadlines necessary to allow sufficient time for the parties to Respond and Reply to Defendants' Motion to Dismiss is warranted. The parties have agreed to extend the deadline for Plaintiff's Response to Defendants' Motion to December 31, 2018, and the deadline for Defendants' Reply to Plaintiff's Response to January 14, 2019.

**ORDERED** that, pursuant to Fed. R. Civ. P. 6(b), deadlines shall apply as agreed by the Parties.

It is so ORDERED.

Entered this ____ day of _____, 2018.

_____
U.S. District Court Judge

Approved for Entry:

**s/ Michelle Owens**
**Michelle Owens, BPR # 026512**
Agee Owens, LLC
2911 Elm Hill Pike, Suite 2
Nashville, TN 37214
(615) 300-8546
*Counsel for Plaintiff*

**s/ Bryan M. Westhoff**
**Bryan M. Westhoff (*pro hac vice*)**
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
bwesthoff@polsinelli.com

**s/Caitlin J. Morgan**
**Caitlin J. Morgan (*pro hac vice*)**
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
cmorgan@polsinelli.com

**s/ Michael A. Malone**
**Michael A. Malone (BPR # 31219)**
Polsinelli PC
 401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
mmalone@polsinelli.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on December 20, 2018, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Bryan M. Westhoff (*pro hac vice*)
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
bwesthoff@polsinelli.com

Caitlin J. Morgan (*pro hac vice*)
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
cmorgan@polsinelli.com

Michael A. Malone (BPR # 31219)
Polsinelli PC
 401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
mmalone@polsinelli.com

*Counsel for Defendants*

                                            **s/Michelle Owens**
                                            Michelle Owens