UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| *Plaintiff,* | )<br>)<br>) | |
| | ) | No. 3:18-cv-411 |
| v. | ) | |
| | ) | Judge Collier |
| ROSS UNIVERSITY SCHOOL<br>OF MEDICINE, and<br>ADTLEM CORPORATION, | )<br>)<br>)<br>) | |
| *Defendants.* | ) | |

## **O R D E R**

Before the Court is a joint motion by the Parties to extend the response and reply deadlines to Defendants' currently pending motion to dismiss. (Doc. 27.) In support of their motion, the Parties states that the upcoming holidays have created scheduling conflicts as to depositions and have necessitated additional time to file responsive briefings.

For good cause, the Court **GRANTS** the Parties' joint motion to extend the briefing schedule as to Defendants' motion to dismiss. (Doc. 27.) Accordingly, it is **ORDERED** that Plaintiff's time to submit a response to Defendants' motion to dismiss is extended to **December 31, 2018**; Defendants' time to submit a reply to Plaintiff's response is extended to **January 14, 2019**.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**