Exhibit B

Exhibit B



# STUDENT HANDBOOK

# 2018-19

## September 1, 2018

© 2018 Ross University School of Medicine. All rights reserved.

i

Case 3:18-cv-00411-DCP   Document 29-3   Filed 12/31/18   Page 1 of 15   PageID #: 159

## MESSAGE FROM THE DEAN AND CHANCELLOR

Welcome to Ross University School of Medicine (RUSM). As a student doctor at RUSM, you will receive a dynamic and comprehensive medical education in which your professional success is our top priority. Your professors and other staff are deeply committed to teaching and are recognized scholars in the needed disciplines for your development as a physician. We celebrate that your paths to this milestone of professional success have been varied. The richness of your different life experiences will not hinder your academic success as a student doctor at RUSM. Rather, it will enhance your learning opportunities.

As a RUSM student doctor, you will begin your training by mastering the intensive *Foundations of Medicine* curriculum, which provides comprehensive knowledge of human health and disease at the cellular, whole organ, individual, and societal levels. Using a carefully constructed and integrated mix of didactic lectures, small group learning sessions, and exposure to clinical cases, we will intellectually challenge you to progressively acquire the knowledge in the medical sciences needed for the next phase of your training – immersive clinical clerkships in the locale of your choice in the US, Canada, and the UK. Clinical clerkships are closely overseen by RUSM and similarly taught by selected, skilled practicing physicians in venues of medical practice ranging from high performing hospitals with rich patient exposures to top notch private practices. Again, your academic and professional success is paramount. Your journey as a RUSM student doctor is completed by our guidance and assistance helping you to obtain postgraduate training in your preferred medical specialty.

The years ahead to become a practicing physician are academically and emotionally challenging. We recognize this reality and that your learning styles differ. Therefore, we have tremendous academic support services at RUSM. Please take advantage of them and heed the sound advice given you by the RUSM faculty and staff. Their uniform passion for student success is shown by their commitment to teaching, advising and finding innovative ways to assist you.

I look forward to observing your professional development over the ensuing years, evolving from a high performing student doctor to become a skilled, humanistic physician whom I will proudly embrace as a peer colleague.

Welcome and warm regards,

*Bill*

William F. Owen, Jr., MD, FACP
Dean and Chancellor



1

**Confidentiality**
RUSM will treat all information obtained throughout this process as confidential and will ensure access to this information is given to individuals who have a need to know. Please note this information will remain separate from students' academic record except when disciplinary action occurs.

RUSM may be called upon by the NRMP, State Medical Boards, ECFMG, FCVS, Government Agencies, and Employers to report disciplinary action that may have occurred during the course of your medical education.

## SEX AND GENDER-BASED MISCONDUCT RESPONSE AND PREVENTION
**Purpose**
This policy applies to complaints or reports of alleged sex and/or gender-based misconduct. Ross University School of Medicine ("RUSM") expressly prohibits sex and/or gender-based misconduct which includes sexual harassment, sexual assault, rape, domestic violence, dating violence, stalking, sexual exploitation, and gender-based harassment. Any acts that meet this policy's definitions of sex and/or gender-based misconduct are a violation of RUSM's policy, and potentially applicable state and federal law. RUSM is committed to fostering an environment where any alleged violation of this policy is promptly reported and complaints are resolved in a fair and timely manner.

Creating a safe environment is the responsibility of all members of the community. Regardless of the definitions provided below, anyone who believes they are a victim of sex and/or gender-based misconduct should report the incident as soon as possible to the Title IX Coordinator (See "Coordinator" under "Definitions" below for contact information) or the campus complaint administrator in addition to seeking immediate medical and/or safety assistance.

**Scope**
This policy applies to all members of the RUSM community, and includes, but is not exclusive to faculty, staff, students, RUSM visitors, volunteers, vendors, and persons related to, receiving or seeking to receive services, or otherwise pursuing studies with the organization. It also applies, as appropriate, to any alleged act of sex and/or gender-based misconduct that adversely impacts the RUSM community, whether those acts occur on or off campus.

**Definitions**
"Clery Act" refers to the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, 20 U.S.C. Section 1092(f); 34 C.F.R. Part 668.46. The Clery Act requires that institutions annually disclose certain crimes which have occurred within a geography that includes campus buildings and adjacent locations. Annual disclosures are released on or by the 1st day of October each year.

"Colleague Code of Conduct" refers to the "ATGE Code of Conduct and Ethics" (https://www.adtalem.com/content/dam/atge/www_adtalem_com/documents/organizational-governance/code_of_conduct.pdf) which is applicable to colleagues at all Adtalem Global Education institutions and offices and outlines colleagues' rights and responsibilities.

"Colleague complaint procedure" is the vehicle by which colleagues can bring to the administration's attention any complaint relating to their experience with RUSM or a member of the RUSM community. It is the mechanism for investigating and trying to resolve complaints raised by colleagues and can be found in the Commons Portal > Quick Links > Policy Central.

"Complaint administrator" is a RUSM colleague or Adtalem Global Education representative responsible for conducting an investigation when a complaint of sex and/or gender-based misconduct is raised. To find the complaint administrator at any given location or for a particular complaint, consult the location's student handbook, Consultation and Support Services in the US or the Title IX Coordinator.

"Conduct administrator" is an official authorized to administer disciplinary proceedings for respondents who may have violated the Code of Conduct applicable to students. A conduct administrator may serve as the sole member or as a participant in the conduct panel. Nothing shall prevent RUSM from authorizing the same conduct administrator to impose sanctions in all cases at a single or multiple locations.

"Conduct panel" means any person or persons authorized by the conduct administrator to determine whether a respondent has violated the Code of Conduct applicable to students and to determine appropriate sanctions.

"Consent" is a voluntary, conscious, affirmative agreement to engage in a specific sexual act. Consent can only exist free from force, threat of force or coercion. Under this policy, "No" always means "No," and "Yes" may not always mean "Yes." Anything but voluntary, conscious, affirmative consent to any sexual activity is equivalent to "no" for purposes of this policy. While the legal definition of consent varies by jurisdiction (See "Related Information" for link to consent statutes by state), the following general rules apply when assessing whether consent has been/was given.
- Consent can never be assumed. Consent cannot be implied from either the lack of explicit consent or the lack of explicit dissent.
- Where there is use of threat or force by the accused, the lack of verbal or physical resistance or the submission by the victim does not constitute consent.
- The manner of dress of the victim does not constitute consent.
- Past consent to sexual contact and/or a shared sexual history does not imply consent to future sexual contact.
- A person who initially consents to sexual contact including penetration may withdraw continued consent at any time during the course of that interaction.
- Consent to some form of sexual activity cannot automatically be taken as consent to any other form of sexual activity.
- Intoxication due to use of alcohol or drugs may impair an individual's capacity to consent freely and may render an individual incapable of giving consent.
- A power differential between people engaged in a sexual act presumes the inability to consent for the less powerful person (e.g. the student in a student-colleague interaction; the supervisee in a direct report-supervisor interaction).

"Coordinator" refers to the Title IX Coordinator. Ms. Camille Lee and Mr. Neil Callicoat, Title IX Coordinators (TitleIXCoordinator@RossU.edu or 630-829-0233) are responsible for overseeing compliance with all aspects of this policy and designated to receive and monitor resolution for all Title IX reports.

"CRC" refers to the Coaching Resource Center which is available to managers to assist in addressing colleague relations concerns including complaints about colleague or vendor conduct.

"Dating violence" means sex or gender-based violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim. While no form of violence is ultimately desirable, a distinction should be made between violent acts representing an effort to exert power and control within a dating relationship and defensive acts taken in response to ongoing verbal, psychological or physical abuse by a dating partner.

"Domestic violence" refers to sex or gender-based violence committed by either a current or former spouse of the victim; a person with whom the victim shares a child in common; a person who is or has cohabitated with the victim as a spouse; a person similarly situated to a spouse of the victim under the jurisdictional domestic or family violence laws; or any other person against a victim who is protected from that person's acts under the jurisdictional domestic or family violence laws. Based on jurisdictional definitions, domestic violence may constitute a felony or misdemeanor crime.   While no form of violence is ultimately desirable, a distinction should be made between violent acts representing an effort to exert power and control within a domestic relationship and defensive acts taken in response to ongoing verbal, psychological or physical abuse by a domestic partner.

22

"FERPA" means the Family Educational Rights and Privacy Act, 20 U.S.C. Section 1232g; 34 C.F.R. Part 99. FERPA sets certain limits on the disclosure of student records. This policy is designed to work in tandem with FERPA, and nothing in this policy is intended to require or encourage non-compliance with FERPA.

"Gender-based misconduct" refers to unwelcome conduct, including harassment, of an unacceptable nature based on actual or perceived biological sex including behaviors based on gender identity, expression and nonconformity with gender stereotypes.

"Member of the RUSM community" includes students, faculty members or staff, and any other individuals associated with RUSM. The conduct administrator or complaint administrator shall determine a person's status in a particular situation.

"Notice" refers to any information regardless of whether it is direct, indirect, partial or complete received by a colleague that indicates possible sex or gender-based misconduct. When notice is received, colleagues are required to inform the Title IX Coordinator or their supervisor who in turn must make a report to the Title IX Coordinator.

"One-up manager" is a colleague's manager's manager. It is the person responsible for receiving a colleague's complaint when their direct manager is implicated in that complaint.

"Policy" is defined as a general administrative or operational direction with broad application throughout Adtalem Global Education and/or one or more of its institutions.

"Rape" is any penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim and/or by force. Rape may involve strangers or people who know one another (e.g. friend, classmate, relative, spouse or co-worker). In these instances, rape is often referred to as "acquaintance rape." Rape is a crime regardless of a relationship or lack thereof between individuals.

"Sexual assault" is non-consensual sexual contact defined as physical contact of a sexual nature against the victim's will or without the victim's consent. It includes any intentional sexual touching, however slight, by direct physical contact or by use of any object, by a person upon another person, without consent and/or by force. Rape is a severe form of sexual assault.

"Sexual contact" means the deliberate touching of a person's intimate body parts (including lips, genitalia, groin, breast or buttocks, or clothing covering any of those areas), or using force to cause self-touching by another person of intimate body parts.

"Sexual exploitation" occurs when a person takes non-consensual or abusive sexual advantage of another for the advantage or benefit of themselves or any other person that is not the person being exploited by the behaviors. Examples include but are not limited to: invasion of sexual privacy; prostitution; non-consensual recording of nudity or sexual activity; voyeurism; knowingly exposing someone to an STI, STD or HIV; intentional exposure of genitals in non-consensual circumstances; and sex- based stalking or bullying.

"Sexual harassment" refers to unwelcomed sex or gender-based advances, requests for favors or other verbal, written, online and/or physical conduct. Sexual harassment occurs when a person is the recipient of conduct of a sexual nature where:
1) Submission to, or toleration of, such conduct is made either explicitly or implicitly a term or condition of the student's education or colleague's employment; or
2) Submission to or rejection of such conduct by an individual is used as the basis for academic decisions about the student or professional decisions about the colleague; or

23

3) Such conduct is sufficiently severe or persistently pervasive and objectively offensive thereby having the purpose or effect of unreasonably interfering with a person's ability to participate in or benefit from RUSM's educational, employment, social or other related programs.

"Sex and gender-based misconduct" is a broad term used to refer to all conduct prohibited by this policy. This encompasses sexual harassment, gender-based harassment, dating violence, domestic violence, rape, sexual assault, sexual exploitation and stalking. Sex and gender-based misconduct can occur between strangers or acquaintances, including people involved in an intimate or sexual relationship. Sex and gender-based misconduct can be committed by any person regardless of sex, gender or sexual orientation of the victim or perpetrator.

"Stalking" is a course of behavior directed at a specific person that would cause a reasonable person to feel fear for personal safety, or repetitive, menacing pursuit, following, harassing and/or interfering with the peace and/or safety of another.

"Code of Conduct applicable to students" refers to the policy titled "Code of Conduct" which is accessible in the student handbook. It outlines students' rights and responsibilities, as well as the process by which action may be taken against a student for Code violations.

"Student complaint procedure" is the vehicle by which students can bring to RUSM's attention any complaint relating to their experience with RUSM or a member of the RUSM community. It is the mechanism for investigating and attempting to resolve complaints raised by students. The student complaint procedure can be found in the student handbook (http://medhandbook.rossu.edu/).

"Speak Up" refers to SpeakUp Adtalem Global Education, a reporting system managed by a third party vendor (Navex Global), which encourages members of the Adtalem community to come forward with questions or concerns, including allegations of sex and/or gender-based misconduct. Reports can be made anonymously or reporters can provide their name and contact information. All Colleagues are encouraged to reach out to askHR to escalate concerns, but if they do not feel they can do so, they can report the matter anonymously through SpeakUp. Colleagues are expected to ask legal, compliance and ethics questions and report suspected wrongdoing. Colleagues and students can utilize the SpeakUp program by phone at 1-866-421-0617 or on-line at www.speakupadtalem.ethicspoint.com. Matters are then assigned to appropriate members of the Adtalem Home Office or Institutional Leadership for review.

"Title IX" is a federal law which prohibits sex and gender discrimination in U.S. education. Under Title IX, sex and gender-based misconduct are forms of discrimination that require investigation and appropriate remediation when students, colleagues, or other members of the educational institution's community are impacted. Title IX is enforced by the U.S. Department of Education.

"VAWA" refers to the Violence Against Women Act, 34 CFR Part 668. VAWA supports community resources for victims of rape, sexual assault, stalking, dating violence and domestic violence and articulates expectations regarding the management of related concerns when a report is made to representatives of U.S. colleges and universities.

"RUSM" means Ross University School of Medicine.

**Policy Statement**
**Prevention and Awareness**
Acts that are deemed to fall within the scope of this policy are violations of the Codes of Conduct, as well as the expectations of members of the RUSM community. These acts may also be crimes. In an effort to increase the likelihood of intervention and reduce the risk of sex and/or gender-based misconduct from occurring among its students and colleagues, RUSM is committed to providing primary and ongoing awareness and prevention programming.

24

Case 3:18-cv-00411-DCP   Document 29-3   Filed 12/31/18   Page 6 of 15   PageID #: 164

Primary and ongoing awareness and prevention programs will cover the continuum of issues contemplated by this policy. Themes will include situational awareness and prevention strategies such as bystander intervention and other forms of risk reduction. While *bystander intervention* specifically refers to the safe and effective ways in which third parties can intervene to thwart sex and/or gender-based misconduct, *risk reduction* also encompasses various strategies to eliminate or reduce risk of harm by avoiding or removing oneself from situations that are dangerous or uncomfortable.

*Awareness programs* are events that occur online or in person that request active engagement of community members. It is the expectation and responsibility of each member of the RUSM community to participate in programming which will assist with ongoing prevention efforts, as well as effective and efficient identification and response when sex and/or gender-based misconduct does occur.

*Primary prevention and awareness programming* will include a comprehensive online education platform intended for viewing by all colleagues and students, as well as student- facing vendors if necessary and appropriate. The program will be completed by:
- New students and transfer students: Within three weeks of formal enrollment.
- Returning and continuing students who did not take the training as a new or transfer student: No later than the first day of classes for the semester when they are scheduled to return or continue.
- Colleagues by the date stated in email notification.
- Specific vendors by the date stated in email notification

Access to the primary prevention program and its contents will be ongoing throughout the participant's relationship with RUSM. Members of the RUSM community are encouraged to visit this resource regularly for personal, professional and academic purposes.

*Ongoing prevention and awareness campaigns* are public service announcements and campaigns, as well as messages and activities integrated into the day-to-day fabric of the academic community. These initiatives are intended to reinforce increased awareness regarding sex and/or gender-based misconduct and prevention strategies throughout the year. RUSM will continually seek formal and informal ways to incorporate additional awareness and prevention strategies, e.g., active and passive educational campaigns such as social norms poster campaigns, newsletter articles, presentations and volunteerism with local community resource agencies. When additional ongoing education is provided, the organizer will report that event, activity, or effort to the Title IX Coordinator for recordkeeping and quality assurance purposes. Toolkits including ideas and resources that support ongoing efforts and are related to the primary prevention and awareness programming will be made available to any campus upon request.

*Additional training* will be delivered to colleagues responsible for responding to reports of sex and/or gender-based misconduct, including but not limited to complaint administrators, conduct administrators, conduct panelists, and appeal reviewers. These colleagues should complete the primary prevention and awareness programming described above, as well as remote or live training and/or consultation with the Title IX Coordinator before and during management of an allegation within the scope of this policy.

**Reporting**
Victims may file a formal complaint with a designated local campus administrator or through the Title IX Coordinator.

| | |
|---|---|
| TiShaunda McPherson | Camille Lee, Title IX Coordinator |
| Director of Equity and Access | Neil Callicoat, Title IX Coordinator |
| Equity@adtalem.com | TitleIXCoordinator@RossU.edu |
| 630-829-0265 | (630) 829-0233 |

25

Reports can also be made anonymously through the SpeakUp program (1-866-421-0617).

If a victim wishes to access local community agencies and/or law enforcement for support, RUSM will assist the victim in making these contacts.

Anyone may make a report regarding any information pertaining to violations of this policy. All RUSM colleagues (faculty, staff, administrators, and student workers) are required to immediately provide any information received about any actual or suspected sex and/or gender-based misconduct impacting the RUSM community to appropriate officials with some very narrow exceptions discussed elsewhere in this policy (see "Confidentiality"). Regardless of how notice is received, reports may prompt a need for RUSM to investigate.

Any individual wishing to discuss a situation within the scope of this policy without triggering an immediate investigation should seek referral to mental health counseling services. Stateside students may seek referral from the Office of Consultation and Support Services at 770-910-4807, and/or through ASPIRE at 1-888-470-1531 or via info@myASPIREonline.com. Students on the medical sciences campus can contact the Counseling Services. For students in Knoxville, please call 865-274-3048 and students in St. Kitts, please call 865-766-6581. Students may also email at DMCounseling@RossU.edu. U.S. colleagues may seek support 24 hours a day, seven days a week through GuidanceResources, the Employee Assistance Program (EAP), at 1-877-623-3879. The General hotline and other resource information can be found at the end of this policy. Focused support services can be obtained on the medical science campus through consultation with the Office of Student Affairs, 865-388-5718 (Knoxville) or 869-299-1807 (St. Kitts); Stateside through the Office of Consultation and Support Services at 770-910-4807; and in either location through the CRC, local human resources, or the Title IX Coordinator.

Individuals experiencing misconduct in violation of this policy are also always free to notify the U.S. Department of Education:

Office of Civil Rights (OCR) - Headquarters 400 Maryland Avenue, SW
Washington DC 20202-1100
Customer Service Hotline #: (800) 421-3481
TDD#: (877) 521-2172
Email: OCR@ed.gov
Web: http://www.ed.gov/ocr
Regional Offices: http://www2.ed.gov/about/offices/list/ocr/addresses.html

**Support and Resources**
The RUSM official who receives notification of alleged sexual and/or gender-based misconduct will offer appropriate support or refer the victim directly to immediate assistance. Assistance may initially require supported access to local medical, mental health, legal or law enforcement resources and could include academic accommodations, changes in housing for the victim or a respondent student, changes in working situations and other arrangements as may be appropriate and available (such as limiting orders, campus escorts, transportation assistance, or targeted interventions). No victim is required to take advantage of these services and resources, but RUSM provides them in the hope of offering help and supporting minimal disruption to access to academic programming or the workplace. If circumstances related to an incident change over time, these and other supportive accommodation options may be revisited. RUSM may also provide referrals to counseling services, at the victim's option, including but not limited to the confidential colleague and student support services outlined above (See "Reporting"). Local resource lists can also be found through the medical sciences campus Office of Student Affairs at 865-388-5718 (Knoxville) or 869-299-1807 (St. Kitts). For stateside students through the Office of Consultation and Support Services at 770-910- 4807. A brief list of national and international referral sites can be found at the end of this policy.

**Disciplinary Review and Action**
Acts of sex and/or gender-based misconduct are subject to disciplinary action. Disciplinary action is not intended to determine criminal responsibility. Rather it is intended to identify and respond to violations of RUSM policy and community standards.

When the victim chooses, or RUSM believes it is necessary, a prompt, fair and impartial investigation will be initiated. If allegations appear to be substantiated based on the totality of the circumstances, a respondent student may be subject to the Code of Conduct process, which will determine any violation of this policy based upon a preponderance of evidence (what is more likely than not). The student complaint procedure which details the investigation and resolution processes, and the Code of Conduct applicable to students, which details the student disciplinary hearing process, can be found in the student handbook or online here: http://medhandbook.rossu.edu/

If allegations of colleague misconduct are substantiated to the preponderance of evidence standard through the investigation, colleague discipline may be imposed. The colleague complaint procedure, which details the investigation and resolution processes and prohibited colleague conduct, can be found on the Commons Portal > Quick Links > Policy Central.

The Title IX Coordinator will monitor the investigation and resolution of reports of sex and/or gender-based misconduct and facilitate compliance with this policy. Furthermore, the Title IX Coordinator will work with campus administration to identify and initiate strategies intended to remedy the effects on the victim and the RUSM community to the extent practicable and reasonable to prevent the recurrence of similar misconduct.

Privacy of the records specific to sex and/or gender-based misconduct investigations is maintained in accordance with applicable law, including FERPA. Any public release of information to comply with the timely warning provisions of the Clery Act will not include the names of victims or information that could easily lead to a victim's identification. In appropriate instances, pertinent interim actions and the results of disciplinary hearings regarding the alleged perpetrator of misconduct will be disclosed to the alleged victim and/or complainant. Confidentiality will be maintained whenever possible, however RUSM reserves the right to exercise discretion and disclose details of an incident or allegation to assure community safety or the safety of an individual.

It is RUSM's policy to hold perpetrators of sex and/or gender-based misconduct accountable for their actions through appropriate student conduct or personnel procedures, and by working with community agencies and law enforcement as appropriate. Internal mediation between the alleged victim and respondent will not be used to resolve an allegation of sexual misconduct.

In any complaint of sex or gender-based misconduct, the person bringing the accusation and the responding party are both entitled to the same opportunities for a support person or advisor of their choice throughout the process, consistent with any guidelines set forth applicable to students or colleagues. Once complete, the parties will be informed, in writing, of the outcome. Notice to both parties will include the findings, as well as the sanctions/discipline (if any) to the degree possible and always when the sanction/ discipline is directly relevant to that individual. Delivery of this outcome will not be unduly delayed to either party, and should occur in the same form and format and as near to simultaneously as possible.

*Sanctions for student misconduct*
Appropriate disciplinary sanctions for substantiated violations of this policy by students, up to and including non-academic dismissal, will be imposed in accordance with the Code of Conduct applicable to students found here: http://medhandbook.rossu.edu/code-of-conduct-and- disciplinary-actions/. The full list of available sanctions is provided in the Code of Conduct applicable to students. This policy statement is not intended to replace or substitute for the Code of Conduct applicable to students. This policy is a supplement to the community standards that the Code of Conduct applicable to students sets forth. Alleged violations of this policy will be referred to the applicable complaint administrator and/or conduct administrator for appropriate review. All parties in a student conduct proceeding will be informed at the same time and in the same manner of any final determinations, as well

27

as RUSM's appeal process, and their rights to request an appeal. Should any change in outcome occur prior to finalization (e.g., a re-hearing ordered upon appeal), all parties will be informed at the same time and in the same manner, and will be notified when the results of the conduct process is finalized. In addition, violations of this policy may trigger application of sanctions to a student imposed under local, state, or federal law.

*Sanctions for colleague misconduct*
Alleged violations of this policy by colleagues will be referred to the CRC for appropriate review. Disciplinary sanctions for a colleague's violation of this policy may include written reprimand, warning, probation, suspension, housing suspension, housing expulsion, limiting order, change in job assignment, office relocation, reduction of awards under the management incentive plan, or termination of employment or contract, and will be imposed in accordance with applicable RUSM policies and procedures. RUSM reserves the right to impose further and/or different sanctions appropriate to an individual situation. In addition, violations of this policy may trigger application of sanctions to a colleague imposed under local, state, or federal law.

**Reporting by colleagues to external authorities**
Colleagues who are made aware of a possible violation of this policy are required to contact their manager or one-up manager and also the Title IX Coordinator. Colleagues can also submit named or anonymous reports of sexual and/or gender-based misconduct by utilizing the ATGE "Speak Up" hotline at http://www.speakupadtalem.ethicspoint.com/. Colleagues should contact the Title IX Coordinator with any questions about whether a report to law enforcement is appropriate. Nothing in this policy prohibits a student or colleague from reporting a crime directly to local authorities.

Disciplinary procedures are independent of any and all procedures and proceedings under local, state, or federal criminal or civil law. In all cases, RUSM reserves the right to refer cases for parallel criminal prosecution or to pursue sanctions regardless of criminal prosecution. Violations of this policy by a visitor, volunteer, vendor, agents, or other third parties affiliated with RUSM may also result in the termination of pre-existing or future relationships.

**Victim Rights**
RUSM will take interim steps to protect victims of sex and gender-based misconduct and maintain a positive learning and working environment by minimizing or eliminating contact between a complainant and a respondent and providing reasonable academic, employment, and administrative accommodations in accordance with the Clery Act and Title IX. Students who are victims of sex and/or gender-based misconduct may request a change in their academic arrangements by contacting Student Services, the Title IX Coordinator, or local leadership. Colleagues who are victims of sex and/or gender-based misconduct may request a change in their employment arrangements by contacting their one-up manager, the CRC, the Title IX Coordinator, or local leadership.

Victim's rights include:
1) Upon notifying RUSM of alleged incidents of sex or gender-based misconduct, victims will be informed of available options including the necessary steps and potential consequences of each option.
2) Where applicable, victims will be informed of the institution's role regarding orders of protection, no contact orders, restraining orders, or similar lawful orders issued by a civil, criminal, or tribal court.
3) Victims have the right to be free from undue coercion from RUSM to pursue or not pursue any course of action.
4) Victims have the right to be advised of their option to notify appropriate law enforcement authorities, and be informed about how to receive assistance from RUSM in notifying these authorities, if requested.
5) Victims who have not yet reported to a colleague required to notify the Title IX Coordinator may request and receive information on how to make a confidential report for the purposes of tracking campus crime without otherwise divulging details that would require or permit RUSM to investigate and respond.
6) Victims have the right to be fully informed of any applicable disciplinary conduct process and procedures.
7) Victims have the same right as the accused to attend and have a support person of their choice and/or witnesses present at student conduct hearings.
8) Victims have the right to be informed of the outcome of any student or colleague conduct process involving alleged sex or gender-based misconduct. In the case of student conduct proceedings, victims

28

9) Victims have the right to request a change in academic, on-campus employment, or on- campus living arrangements after the alleged sex or gender-based misconduct and to be informed of the reasonably available options for those changes.
10) Victims will be informed about campus and/or community resources for counseling, advocacy, and/or other services for survivors of sexual assault, relationship violence and other forms of sexual misconduct.

*For all colleagues*: In the event that a violation of this policy is reported to you, the victim should be provided with the above-listed options and a copy of this policy. For more specific instructions on how to properly comply with this policy, please consult the Title IX Coordinator.

**Amnesty for Victims and Witnesses**
RUSM encourages the reporting of sex and gender-based misconduct by victims and witnesses who are sometimes hesitant to report to RUSM officials or participate in the resolution processes because of concern that they may be accused of policy violations, such as underage drinking or drug use at the time of the incident. It is in the best interest of the community that victims and witnesses come forward to share what they know regarding violations of this policy. To encourage reporting, victims and witnesses may be provided with educational options, rather than punitive sanctions, for minor policy violations.

Similarly, RUSM encourages direct assistance to those in need as a result of sex or gender- based misconduct. In instances where minor policy violations are revealed as a result of a person providing assistance to a victim, policy violations should not be overlooked, however RUSM may provide educational options, rather than punitive sanctions, to those who offer their assistance.

**Retaliation**
RUSM prohibits retaliation against anyone who reports an incident of sex and gender-based misconduct or any person who assists or participates in a proceeding, investigation or hearing relating to such allegations. Any allegation of retaliation related to the investigation or resolution of a sex or gender-based misconduct allegation will be treated as an independent Title IX complaint requiring consideration of appropriate reparative interim action, as well as investigation and resolution as described in this policy.

Retaliation includes, but is not limited to, any form of intimidation, reprisal, or harassment. All complaints of retaliation should be reported in accordance with RUSM's complaint procedures. If RUSM's procedures would result in students or colleagues being required to submit a complaint to the person whom they believe is retaliating, students or colleagues may submit the retaliation complaint directly to the Title IX Coordinator, or to the campus or location leader or one-up manager, who should also inform the Title IX Coordinator.

Submission of a good-faith complaint or report of sexual or gender-based misconduct will not adversely affect the complainant's future academic or work environment. RUSM will discipline or take other appropriate action against anyone who retaliates against any person who reports an incident of alleged sexual or gender-based misconduct or who retaliates against any person who assists or participates in a proceeding, investigation or hearing related to such allegations.

**Confidentiality**
RUSM wishes to create an environment in which individuals feel free to discuss concerns and make complaints. RUSM understands that complainants, witnesses, and others involved in the investigation process may be concerned about the confidentiality of the information they are sharing. In some cases, however, RUSM may be obligated to take action when it becomes aware of information relating to a complaint.

Confidentiality in cases of sex and/or gender-based misconduct will be maintained to the extent permissible by law and consistent with RUSM's obligations in investigating complaints. Once an individual discloses identifying information to RUSM through the processes described above and in the applicable complaint procedures, that person will be considered to have filed a complaint with RUSM. While the confidentiality of information received,

29

the privacy of individuals involved, and compliance with the wishes of the complainant or witnesses cannot be guaranteed, they will be respected to the extent possible and appropriate.

If students or colleagues wish to speak with someone who can assure confidentiality, they are encouraged to access counseling services available by referral through RUSM's third party providers: ASPIRE (for students) at 1-888-480-1531, info@myASPIREonline.com, or http://myaspireonline.com; and GuidanceResources (for colleagues) at 1-877-623-3879. For medical science campus Counseling Services 865-274-3048 (Knoxville) or 869-766-6581 (St. Kitts) or email DMCounseling@rossu.edu

### Resources & Tools
**Risk Reduction Tips**
Responsibility for sexual misconduct rests with those who commit such acts. Risk reduction tips are not intended to blame the victim. There are precautions we all can take which may limit our exposure to situations which may result in non-consensual sexual acts.
- Communicate limits/ boundaries and respect the limits/ boundaries of others.
- Clearly and firmly say "No" to a sexual aggressor.
- If possible, leave the physical presence of a sexual aggressor or otherwise violently aggressive person.
- If someone is nearby, ask for help.
- Take responsibility for your alcohol/ drug use. Acknowledge that alcohol/ drugs lower sexual inhibitions and may make you vulnerable to someone who sees an impaired person as a sexual opportunity.
- Do not take advantage of someone's intoxication or altered state even if alcohol or drugs were consumed willingly.
- If you choose to share intimate images, pictures, videos or content with others, even those you trust, be clear about your expectations regarding how the information may be used, shared or disseminated. If such information is shared with you, do not share it with others.
- Take care of friends and ask that they take care of you.
- As a sexual initiator, clearly communicate your intentions and give your sexual partner the opportunity to clearly communicate the same.
- Do not make assumptions about consent, sexual availability, sexual attraction, how far an interaction can go, or about physical and/or mental ability to consent.
- Remember that consent should be affirmative and continuous. If there is any question or ambiguity, you should proceed as if you do not have consent.
- Consider mixed messages from a partner to be an indication that sexual conduct should stop so that better communication can occur.
- Recognize the potential for a sexual partner to feel intimidated or coerced by you as a result of a power advantage, your gender, your demeanor or your physical presence. Do not use or abuse that power.

**Bystander Intervention Strategies**
Intervention by classmates, colleagues and others within proximity to the precursors or signs of possible sexual assault, sexual exploitation, dating violence, domestic violence or stalking can significantly impact the course of an interaction between a latent perpetrator and victim. Bystanders may also encourage friends, classmates and colleagues who are already experiencing victimization to seek assistance sooner than they may have without encouragement, support, or acknowledgement. Community members are encouraged to recognize warning signs and to consider possible methods of interference in various scenarios before opportunities to intervene arise. By planning ahead, we all maximize the likelihood of being empowered to take safe actions to either prevent sexual misconduct or offer paths to eliminate ongoing victimization.

When a member of the RUSM community observes threatening, coercive, forceful, aggressive or harassing behavior, it is important to assess the situation to determine the best possible course of action for all concerned. Some forms of intervention are direct, while others will be less apparent to the perpetrator or others within range of the interaction. Examples include but are not limited to:
- Making up an excuse to get someone out of a dangerous situation.

- Stepping in to change the course of an interaction.
- Warning potential or perceived perpetrators that their actions may lead to severe consequences.
- Refusing to leave the company of a potential victim despite efforts by an aggressor or pursuer to get the potential victim alone.
- Remaining on the scene of observed misconduct and offering to make a statement or act as a witness subsequent to intervention by security, administration or the police.
- Taking steps to reduce alcohol or drug consumption within a potentially dangerous social situation.
- Calling and cooperating with security, administration, the police or others to assist with intervention and accountability.
- Expressing concern or offering resources when you notice someone with unexplained or frequent injuries.
- Refusing to consider sex and/or gender-based misconduct a personal or private matter between the victim and the perpetrator.

**Procedures to Follow After a Sexual Misconduct Incident**

Victims of any sexual misconduct that might constitute a crime, including domestic violence, dating violence, sexual assault, stalking, and rape (including acquaintance rape) that impacts the RUSM community have the option and are encouraged to contact local law enforcement authorities.

Whenever possible, victims should report a violation of this policy as soon as possible and preserve evidence as may be necessary to prove that domestic violence, dating violence, sexual assault, or stalking occurred, or to obtain a protection order. Victims of sexual assault or rape are strongly encouraged to report the incident as described in this policy to deter future assaults and to ensure that victims receive the services they need. Steps should be taken to help deal with physical and emotional trauma associated with the violation. Recommended steps include:
1) Go to a safe place; go somewhere to get emotional support.
2) Consider reporting the incident to the police. If requested, RUSM will assist with notification.
3) Report the misconduct to student affairs, student services, one-up manager, campus incident commander, local RUSM leadership, Title IX Coordinator, or the CRC.
4) For your safety and well-being, immediate medical attention is encouraged. Being examined as soon as possible, ideally within 120 hours, is important especially in the case of rape and other forms of sexual assault. The Campus Health Clinic will arrange for a medical examination at no charge. To preserve evidence, it is recommended that, if at all possible, you do not bathe, shower, douche, eat, drink, smoke, brush your teeth, urinate, defecate or change clothes before that exam. Even if you have already taken any of these actions, you are still encouraged to seek prompt medical care. Additionally, you are encouraged to gather bedding, linens or unlaundered clothing and any other pertinent articles that may be used for evidence. Secure them in a clean paper bag or clean sheet.
5) Even after the immediate crisis has passed, consider seeking professional counseling and the support of local and specialized support agencies such as sexual assault recovery centers and domestic violence safe houses. This can help to recover from psychological effects and provide a safe environment for recovery.
6) Contact the student affairs, one-up manager, Title IX coordinator, or the CRC if you need assistance with RUSM related concerns, such as implementing no-contact orders or other protective measures. RUSM may also liaise with local authorities to assist an individual who wishes to obtain protective or restraining orders.

Victims are not required to report an incident to law enforcement authorities, but campus authorities will assist victims who wish to do so. Anyone with knowledge about a sexual assault or other sex or gender-based misconduct is encouraged to report it immediately to the Title IX Coordinator in order to permit a coordinated report to the applicable law enforcement authorities when appropriate. Nothing in this policy prohibits a student or colleague from reporting a crime directly to local authorities.

Please refer to the "Related Information" section of this document for a link to local resources for advice and assistance to victims.

**Related Information**
**Resources for Victims of Sexual Misconduct**
Local Resources can be found in the Annual Disclosure reports distributed to each campus community and posted on the Student Consumer Information page of RUSM's web site.
The reports are available by location in a drop-down menu and contain lists of local resources available to victims of sex and gender-based misconduct. The resource lists are updated annually.

To access this information, go to:
http://www.rossu.edu/documents/Annual_Disclosure_RUSM_dominica.pdf
http://www.rossu.edu/documents/Annual_Disclosure_RUSM_miramar.pdf

Additionally, the following resources exist to provide information and links to local assistance:
**National Sexual Assault Hotline**
1-800-656-HOPE (4673)
rainn.org

**National Domestic Violence Hotline**
1-800-799-7233
(TTY) 1-800-787-3224
thehotline.org

**National Network to End Domestic Violence**
http://nnedv.org
http://womenslaw.org/ [Legal information and resources]

**National Stalking Resource Center**
victimsofcrime.org

**National Teen Dating Abuse Helpline**
1-866-331-9474
1-866-331-8453 (TTY)
loveisrespect.org

**National Suicide Prevention Hotline**
1-800-273-TALK (8255)
suicidepreventionlifeline.org

**The White House Task Force to Protect Students from Sexual Assault**
NotAlone.Gov

**Americans Overseas Domestic Violence Crisis Center**
1-866-USWOMEN (International Toll-Free)
crisis@866uswomen.org

**U.S. Embassy**
USEmbassy.gov

**School and College Organization for Prevention Educators**
Consent Statutes Listed by State: https://wearescope.org/resources/consent-statutes/#list

# COMMITMENT TO NON-DISCRIMINATION AND NON-HARASSMENT

RUSM is committed to providing an education conducive to the personal and professional development of each individual and is committed to maintaining an academic environment free of discrimination and harassment based on race, color, religion, national origin, sex, age, disability, veteran status, sexual orientation, political affiliation, genetic information, gender identity, status as a parent, marital status and any other legally protected classes in the relevant jurisdiction that complies with Title VI of the Civil Rights Act of 1964, Title IX of the Educational Amendments, and the local law. RUSM will not tolerate, condone or allow discrimination or harassment, whether engaged in by fellow students, faculty members, or non-faculty colleagues.

**What is Discriminatory Harassment?**
Examples of words or conduct that may violate this policy are:
- Verbal abuse, slurs, derogatory comments or insults, about, directed at or made in the presence of an individual or group based on protected status. This could include telephone calls, emails, instant, messages, Facebook, Twitter, Instagram, or any form of electronic or written messages etc.
- Display or circulation of written materials or pictures that are degrading to a person or group based on protected status;
- Damage to trespass to, or unauthorized use or property, such as spraying or scratching a motor vehicle, damage or theft of property, based upon the protected status of an individual or group;
- Physical contact or verbal threats based upon the protected status of an individual or group.

**What is Sexual Harassment?**
Sexual harassment means unwelcome sexual advances, requests for sexual favors or other conduct of a sexual nature, submission to which is made a condition of a person's participation in their education. Sexual harassment occurs when a student is the recipient of conduct of a sexual nature where:
- Submission to, or toleration of, such conduct is made either explicitly or implicitly a term or condition of the student's enrollment;
- Submission to or rejection of such conduct by an individual is used as a the basis for academic decisions about the student; or
- Such conduct has the purpose or effect of unreasonably interfering with the student's welfare or academic performance, or creates an intimidating, hostile, offensive or demeaning academic environment.

**Whom to Contact if You Think That You Have Been Discriminated Against or Harassed**
The Associate Dean of Student Affairs is available to serve as a resource to any student, non-faculty colleague or faculty member who has a sexual harassment inquiry or complaint. A representative in the Human Resources office is another available resource. These resource persons have information about applicable laws, RUSM rules and procedures, options available for resolution of complaints, and confidentiality requirements. Individuals with a sexual harassment inquiry or complaint may be more comfortable speaking with someone of the same gender, and either the Associate Dean of Student Affairs or the Human Resources representative can assist in finding a resource person of the preferred gender.

**Title IX Compliance**
RUSM's Title IX coordinator is responsible for RUSM's overall compliance with Title IX, including response to reports of sexual misconduct affecting the campus community. Questions regarding the application of Title IX and RUSM's compliance with it should be directed to the Title IX coordinators, whose contact information is available below. Students who wish to make a report of sexual misconduct affecting the campus community should follow the grievance procedure published in this Student Handbook.

> Title IX Coordinator
> Adtalem Global Education
> TitleIXCoordinator@adtalem.com