# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CIVIL MINUTES

**Case No.:** 3:18-cv-411      **At:** Knoxville, TN      **Date:** April 16, 2019

**Style:** Robert Stone Richardson v. Ross University School fo Medicine, et al.,

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| | |
|---|---|
| Rachel Stone | None present |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| | Bryan Westhoff |
| | Caitlin Morgan |
| Michelle Owens | Michael Malone |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

**Proceedings:** The parties appeared before the Court for a telephonic scheduling conference. The Court advised counsel for the plaintiff that the amended complaint was never filed with the Court. The Court asked that counsel file Motion to Extend the Deadline for filing the complaint. The Court set a **Jury Trial** for **February 11, 2020** at **9:00 a.m.** before United States Magistrate Judge Debra C. Poplin. The Court also set a **Pretrial Conference** on **January 28, 2020** at **1:30 p.m.** before United States Magistrate Judge Debra C. Poplin. All other deadlines will be contained in the scheduling order to follow.

**Time:** 1:30 p.m.   **to**   1:50 p.m.