Exhibit A

**ABOUT ED (/ABOUT/LANDING.JHTML?SRC=LN) / OFFICES**



| | |
|---|---|
| **Home** (/about/offices/list/ocr/index.html) | **About OCR** (/about/offices/list/ocr/aboutocr.html) |
| **Programs/Initiatives** (/policy/rights/reg/ocr/index.html) | **Reading Room** (/about/offices/list/ocr/frontpage/faq/readingroom.html) |
| **Office Contacts** (http://wdcrobcolp01.ed.gov/CFAPPS/OCR/contactus.cfm) | **Frequently Asked Questions** (/about/offices/list/ocr/faqs.html) |
| **Reports & Resources** (/about/offices/list/ocr/reports-resources.html) | **Careers/Internships** (/about/offices/list/ocr/frontpage/careers/careers-index.html) |
| **News** (/about/offices/list/ocr/newsroom.html) | **Blog** (/about/offices/list/ocr/blog/index.html) |

(/about/offices/list/ocr/faqs.html)

# Sex Discrimination
Frequently Asked Questions

Frequently Asked Questions (/about/offices/list/ocr/faqs.html) >>



**Overview**
Below are Frequently Asked Questions on Sex Discrimination.

**Frequently Asked Questions About Sex Discrimination- General**

**Frequently Asked Questions About Sex Discrimination- Athletics** ▾

**Frequently Asked Questions About Sex Discrimination- Harassment** ▾

| Topic | Discrimination |
|---|---|

**Frequently Asked Questions About Sex Discrimination- General**

### What is Title IX?

Title IX is a federal law that prohibits any educational institution that receives federal financial assistance (such as grants or student loans) from discriminating on the basis of sex.

Top

### Are all school districts, colleges, and universities covered by Title IX?

Generally yes. All public school districts are covered by Title IX because they receive some federal financial assistance and operate education programs. All public colleges and universities and virtually all private colleges and universities are covered because they receive such assistance by participating in federal student aid programs. There are some private schools that do not receive any federal assistance, and Title IX does not apply to them. Additionally, there are some schools that are specifically exempt from certain parts of Title IX, such as an educational institution that is controlled by a religious organization but only to the extent the application of Title IX would not be consistent with the religious tenets of such organization. (/about/offices/list/ocr/docs/t9-rel-exempt/index.html)

Top

### Are all programs in a school, college, or university covered by Title IX if any part of it receives federal financial assistance?

Yes. All programs in a school or college are covered if the school district, college, or university receives federal financial assistance. Title IX covers all the operations of a school or college that receives financial assistance including academics, extracurricular activities, athletics, and other programs. Title IX applies to actions of a school or college regardless of where they occur, including those that take place in the facilities of the school, on a school bus, at a class or training program sponsored by the school at another location, or elsewhere off campus.

Top

### Does Title IX protect only students?

No. Title IX protects all persons from discrimination, including parents and guardians, students, and employees.