IN THE UNITED STATES DISTRICT COURT OF TENNESEE,
EASTERN DISTRICT

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:3:18-CV-00411-CLC-DCP |
| ) | Jury Demanded |
| vs. ) | |
| ) | |
| ROSS UNIVERSITY SCHOOL OF ) | |
| MEDICINE; ADTLEM CORPORATION ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

In a teleconference between Judge Poplin and attorneys for the parties held on April 16, 2019, it was agreed that Plaintiff's deadline to file his amended complaint would be extended to April 19, 2019.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b), the Plaintiff moves this Court for an order extending the deadline until April 23, 2019 to file his amended complaint.

Respectfully Submitted,

s/Michelle Owens (02615)
Agee Owens, LLC
2911 Elm Hill Pike, Suite 2
Nashville, TN 37214
(615) 300-8546
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on April 23, 2019, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Bryan M. Westhoff (*pro hac vice*)
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
bwesthoff@polsinelli.com

Caitlin J. Morgan (*pro hac vice*)
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
cmorgan@polsinelli.com

Michael A. Malone (BPR # 31219)
Polsinelli PC
 401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
mmalone@polsinelli.com

*Counsel for Defendants*

                                                            s/Michelle Owens (02615)
                                                            Agee Owens, LLC
                                                            2911 Elm Hill Pike, Suite 2
                                                           Nashville, TN 37214
                                                           (615) 300-8546
                                                           *Counsel for Plaintiff*