UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:18-CV-411-DCP |
| ) | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, ) | |
| and ADTALEM CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 33].

Now before the Court are Plaintiff's Joint Motions for Extension of Time [Docs. 37, 42]. By way of background, Plaintiff requested leave to file his Amended Complaint, and the Court granted this request and directed him to file his Amended Complaint on or before April 8, 2019. [Doc. 35]. Plaintiff did not file his Amended Complaint. During the Scheduling Conference on April 16, 2019, the Court inquired as to why Plaintiff did not file the Amended Complaint as instructed. Plaintiff stated that he believed the Clerk would docket the Amended Complaint, which was filed as an exhibit to his motion to amend the complaint. The Court stated that Plaintiff's belief was incorrect and instructed him to file a motion, on or before April 19, 2019, requesting that the deadline to file the Amended Complaint be extended. The instant Motions followed.

The former Joint Motion [Doc. 37], along with the Amended Complaint [Doc. 40], was filed on April 23, 2019, and requests that the deadline be extended to April 19, 2019. Given that

this request was illogical, the Court again directed Plaintiff to file a motion requesting the proper relief sought. The second Joint Motion [Doc. 42] followed.

The second Joint Motion [Doc. 42][1] states that during the Scheduling Conference, the parties agreed that Plaintiff's deadline to file the Amended Complaint would be extended to April 19, 2019, but requests an order extending the deadline to April 23, 2019, with no explanation as to why Plaintiff missed the April 19 deadline. For judicial efficiency, the Court will accept the filing of the Amended Complaint, but **ADMONISHES** Plaintiff to be more mindful of the deadlines moving forward.

Accordingly, the Court will **GRANT** the Joint Motion for Extension of Time [**Doc. 42**] and allow the filing of the Amended Complaint on April 23, 2019. The Court **DENIES AS MOOT** the Joint Motion for Extension of Time [**Doc. 37**].

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

---

[1] Plaintiff refers to the Motion [Doc. 42] as a "Joint Motion," but Defendants have not signed the Motion and the Motion does not indicate whether the other parties have agreed to the relief sought.