IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 3:18-CV-00411-CLC-DCP |
| | ) |
| ROSS UNIVERSITY SCHOOL | ) |
| OF MEDICINE, ADTALEM | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, John Doe, and Defendants Ross University School of Medicine and Adtalem Corporation (together, the "Parties"), file this Agreed Motion to Dismiss with Prejudice. The Parties have fully compromised and settled the issues in the case. Accordingly, the Parties move for dismissal of all pending claims and motions filed by any party with prejudice to the right of any party to refile same.

Dated: May 30, 2019

Respectfully submitted,

*/s/Michelle Owens*
Michelle Owens BPR# 026512
Agee Owens & Cooper Law
2911 Elm Hill Pike, Suite 2
Nashville, TN 37214
mowens@ageeowenslaw.com

**Counsel for Plaintiff**

**AND**

*/s/Bryan M. Westhoff*
Bryan M. Westhoff (*pro hac vice*)
bwesthoff@polsinelli.com
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606

Caitlin J. Morgan (*pro hac vice*)
cmorgan@polsinelli.com
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201

Michael A. Malone (BPR # 31219)
mmalone@polsinelli.com
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

       I hereby certify that I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will be sent to the following attorneys of record on this ___30th____ day of May, 2019:

> Bryan M. Westhoff (*pro hac vice*)
> bwesthoff@polsinelli.com
> Polsinelli PC
> 150 N. Riverside Plaza, Suite 3000
> Chicago, Illinois 60606
>
> Caitlin J. Morgan (*pro hac vice*)
> cmorgan@polsinelli.com
> Polsinelli PC
> 2950 N. Harwood, Suite 2100
> Dallas, Texas 75201
>
> Michael A. Malone (BPR # 31219)
> mmalone@polsinelli.com
> Polsinelli PC
> 401 Commerce Street, Suite 900
> Nashville, TN 37219
> Telephone: (615) 259-1510
>
>
> */s/Michelle Owens*
> Michelle Owens
>
> **Counsel for Plaintiff**