IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:18-CV-00411-DCP |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, ADTALEM CORPORATION, | ) |
| Defendants. | ) |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court has considered the Agreed Motion to Dismiss with Prejudice filed in this matter and finds that the motion is well founded and should be granted.

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice to the right of any party to assert against any other party any claim or cause of action based on, relating to, or arising out of, the subject matter of this action, or relating to or arising out of the subject matter of any motion brought by any party in this action.

This judgment fully and finally disposes of all parties and all claims and is in all respects final and appealable.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge